IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ANTHONY E. HARRIS                                                                               PLAINTIFF

vs.                                           Civil No. 3:07-cv-03060

MICHAEL J. ASTRUE                                                                            DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before the Court is the Report and Recommendation filed on April 27, 2009 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 13).  Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**.  Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Accordingly, this Court finds that counsel is entitled to compensation under the EAJA in the amount of $1,467.03, which represents 6.5 hours of attorney work performed at the rate of $155.00 per hour, 5.5 hours of paralegal work performed at the rate of $75.00 per hour, and $47.03 in expenses.  This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

**IT IS SO ORDERED this 28th day of May, 2009.**

              **/s/JIMM LARRY HENDREN**
              **JIMM LARRY HENDREN**
              **UNITED STATES DISTRICT JUDGE**